```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Devi Hospitality LLC, et al,<br><br>　　　　Defendants | Case No. **2:11-cv-01694-GEB-GGH**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL OCTOBER 3, 2011 FOR DEFENDANT DEVI HOSPITALITY LLC INDIVIDUALLY AND D/B/A AMERICA'S BEST VALUE INN TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Devi Hospitality LLC Individually and d/b/a America's Best Value Inn, by and through their respective attorneys of record, Scott N. Johnson; Kevin B. Kevorkian, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. Defendant Devi Hospitality LLC Individually and d/b/a America's Best Value Inn is granted an extension until October 3, 2011 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendant Devi Hospitality LLC Individually and d/b/a America's Best Value Inn response will be due no later than October 3, 2011.

IT IS SO STIPULATED effective as of September 1, 2011

Dated:  September 1, 2011         /s/Kevin B. Kevorkian
                                  Kevin B. Kevorkian,
                                  Attorney for Defendant
                                  Devi Hospitality LLC
                                  Individually and d/b/a
                                  America's Best Value Inn

Dated:  September 1, 2011         /s/Scott N. Johnson
                                  Scott N. Johnson,
                                  Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Devi Hospitality LLC Individually and d/b/a America's Best Value Inn shall have until October 3, 2011 to respond to complaint.

_____
GARLAND E. BURRELL, JR.
United States District Judge